HILDA JACKWIN, Respondent, v. SAFGOT REALTY CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judg-

ment as entered to the sum of $5,177.70, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Wasservogel and Peck, JJ.